No. 74–1465.  HAYES *v.* FLORIDA ET AL.  Affirmed on appeal from D. C. S. D. Fla.

No. 75–5006.  KEMP ET AL. *v.* TUCKER, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA, ET AL. Affirmed on appeal from D. C. M. D. Pa.

No. 75–28.  INSTITUTE OF SCRAP IRON & STEEL, INC., ET AL. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. D. C.  MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 74–1475.  STEPHENS *v.* HOWLE.  Appeal from Ct. App. Ga. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 74–1497.  SCOTT ET AL. *v.* CALIFORNIA.  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 74–1501.  RICHARDS *v.* RICHARDS ET AL.  Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–1526.  THOMPSON *v.* COUNTY BOARD OF SCHOOL TRUSTEES OF DUPAGE COUNTY, ILLINOIS, ET AL. Appeal from App. Ct. Ill., 2d Dist., dismissed for want